UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Mary L. Cooper |
| v. : | Crim. No. 13-630 (MLC) |
| MOUHAMADOU LAMINE AMAR : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Andrew Kogan, Assistant U.S. Attorney, appearing), and defendant Mouhamadou Lamine Amar (Jeffrey B. Steinfeld, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

RECEIVED

OCT - 9 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK

-1-

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defendant has sought a continuance in this matter.

(2) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 9th day of October, 2013,

ORDERED that this action be, and hereby is, continued until December 7, 2013; and it is further

ORDERED that a case management conference shall be held on December 3, 2013 at 10:00 a.m.; and it is further

ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that case management conference; and it is further

ORDERED that the period from the date of this order through December 7, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                           /s/ Mary L. Cooper
                              HON. MARY L. COOPER
                              United States District Judge

Form and entry
consented to:

/s/ Andrew Kogan
ANDREW KOGAN
Assistant U.S. Attorney

/s/ Jeffrey B. Steinfeld
JEFFREY B. STEINFELD
Counsel for defendant